IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-163-BO

JAMES A. CLARK and HELEN P. CLARK,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

**ORDER**

This matter is before the Court on the plaintiffs' motion for waiver of filing fees [DE 24], which the *pro se* plaintiffs filed with their notice of appeal [DE 23] on August 4, 2017.

In response to a directive from the clerk of the Fourth Circuit Court of Appeals, plaintiffs also have filed an application to proceed in forma pauperis which is pending before that court. *See Clark v. Wells Fargo Bank, N.A.*, No. 17-1912, IFP Application (4th Cir. Sept. 6, 2017). Accordingly, the motion [DE 24] pending in this Court is DENIED as moot.

SO ORDERED, this 26 day of September, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE